**SEALED**

BENJAMIN B. WAGNER
United States Attorney
MICHELLE A. PRINCE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2758

**FILED**

MAR - 1 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   CR. NO. 2:12-CR-0083 MCE
                                    )
                Plaintiff,          )   ORDER TO SEAL
        v.                          )   (UNDER SEAL)
                                    )
VITALIY MULYAR,                     )
                                    )
                Defendant.          )
_____)

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Michelle A. Prince to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED: 3/1/12

_____
DALE A. DROZD
United States Magistrate Judge

1