1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELLE A. PRINCE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )
                                )
12         Plaintiff,            )   NO. 2:12-CR-083 MCE
                                )
13    v.                        )   ORDER UNSEALING FILES
                                )
14 VITALIY MULYAR,              )
                                )
15         Defendant.            )
   _____)
16

17     Upon application of the government, and good cause appearing

18 therefore, IT IS HEREBY ORDERED that the files in the above-

19 referenced case be, and hereby are, UNSEALED.

20 DATED: March 2, 2012

21                              /s/ Carolyn K. Delaney
                                HONORABLE CAROLYN K. DELANEY
22                              United States Magistrate Judge

23

24

25

26

27

28