```
                                                FILED
                                             March 5, 2012
                                          CLERK, US DISTRICT COURT
                                          EASTERN DISTRICT OF
                                                CALIFORNIA
                                          _____
                                             DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:12-cr-00083-MCE |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER FOR RELEASE OF |
| VITALIY MULYAR, | ) | PERSON IN CUSTODY |
| Defendant. | ) | |
| | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release VITALIY MULYAR, Case No. 2:12-cr-00083-MCE from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $50,000.00.

    _X_   Co-Signed Unsecured Appearance Bond

    ____   Secured Appearance Bond

    _X_   (Other) Conditions as stated on the record.

    ____   (Other) _

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 3/5/2012 at 3:02 pm.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge