```
DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
VITALY MULYAR
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | No. 2:12-cr-083 MCE |
| ) | |
| Plaintiff,   ) | |
| ) | STIPULATION AND ORDER CONTINUING CASE |
| v.   ) | |
| ) | |
| VITALY MULYAR,   ) | Date:  April 5, 2012 |
| ) | Time:  9:00 a.m. |
| Defendant.   ) | Judge: Hon. Morrison C. England, Jr. |
| ) | |
| _____   ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michelle Prince, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be vacated from this court's April 5, 2012, calendar, that it be continued until June 7, 2012, at 9:00 a.m. for status conference.

Internal review of discovery is on-going; no determination has yet been made regarding possible pretrial motions or the need to consult with outside experts. The selected reflects an intervening period of unavailability of defense counsel as well as a judgment of when reportable progress might be made.

///

///

1  **IT IS FURTHER STIPULATED** that the interests of justice to be served by granting this continuance outweigh the interests of the public and of the defendant in a speedy trial.  Therefore the parties agree that time for trial should be excluded between April 5, 2012 and June 7, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(b)(iv), Local Code T-4.

**IT IS SO STIPULATED**.

Dated: April 3, 2012                    /s/ *Michelle Prince*
                                        Michelle Prince
                                        Assistant United States Attorney
                                        Counsel for Plaintiff


Dated: April 3, 2012                    /s/ Jeffrey L. Staniels
                                        Jeffrey L. Staniels
                                        Assistant Federal Defender
                                        Counsel for Defendant
                                        VITALY MULYAR


**O R D E R**

The above stipulation is hereby accepted.  The court finds that for the reasons stated, the interests of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.  This matter is ordered to be dropped from this court's criminal calendar on April 5, 2012, and to be re-calendared for June 7, 2012, at 9:00 a.m.

**IT IS SO ORDERED**.

Dated: April 9, 2012

                                        _____
                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case                         2