```
DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
VITALY MULYAR
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | No. 2:12-cr-00083-MCE |
| )                                    | |
| Plaintiff,     )                     | |
| )                                    | STIPULATION AND ORDER CONTINUING CASE. |
| v.                  )                | |
| )                                    | |
| VITALY MULYAR,                 )     | Date: October 11, 2012 |
| )                                    | Time: 9:00 a.m. |
| Defendant.     )                     | Judge: Hon. Morrison C. England, Jr. |
| )                                    | |
| _____ )    | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michelle Prince, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be vacated from this court's October 11, 2012, calendar, that it be continued until November 8, 2012, at 9:00 a.m. for status conference.

Along with various aspects of continued defense preparation, counsel for the parties continue to discuss possible non-trial disposition. The time requested is intended to permit the parties to determine whether terms for such a resolution can be agreed to as well as to permit further progress in defense preparation if resolution is not agreed to.

///

///

1    **IT IS FURTHER STIPULATED** that the interests of justice to be served
2 by granting this continuance outweigh the interests of the public and of
3 the defendant in a speedy trial.  Therefore the parties agree that time
4 for trial should be excluded between October 11, 2012 and November 8,
5 2012, pursuant to 18 U.S.C. § 3161(h)(7)(b)(iv), Local Code T-4.
6    **IT IS SO STIPULATED**.

8 Dated: October 9, 2012          /s/ *Michelle Prince*
                                 Michelle Prince
9                                Assistant United States Attorney
                                 Counsel for Plaintiff

11
12 Dated: October 9, 2012          /s/ Jeffrey L. Staniels
                                 Jeffrey L. Staniels
                                 Assistant Federal Defender
13                                Counsel for Defendant
                                 VITALY MULYAR

26 ///
27 ///
28 ///

Stipulation & Order
Continuing Case                          2

**O R D E R**

The above stipulation is hereby accepted. The court finds that the interests of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. This matter is ordered to be dropped from this court's criminal calendar on October 11, 2012, and to be re-calendared for November 8, 2012, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: October 12, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case