1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender

2  JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

5  Attorney for Defendant
6  VITALY MULYAR

7                   IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10
   UNITED STATES OF AMERICA,        )  No. 2:12-cr-00083 MCE
11                                   )
                   Plaintiff,        )
12                                   )  STIPULATION AND ORDER CONTINUING CASE.
        v.                           )
13                                   )
   VITALY MULYAR,                    )  Date:  November 8, 2012
14                                   )  Time:  9:00 a.m.
                   Defendant.        )  Judge: Hon. Morrison C. England, Jr.
15                                   )
   _____   )
16

17       **IT IS HEREBY STIPULATED** by and between Assistant United States

18  Attorney Michelle Prince, counsel for Plaintiff, and Assistant Federal

19  Defender Jeffrey L. Staniels, counsel for Defendant that the above case

20  be vacated from this court's November 8, 2012, calendar, that it be

21  continued until December 13, 2012, at 9:00 a.m. for status conference.

22       Along with various aspects of continued defense preparation, counsel

23  for the parties continue to discuss possible non-trial disposition.  The

24  time requested is intended to permit the parties to determine whether

25  terms for such a resolution can be agreed to as well as to permit further

26  progress in defense preparation if resolution is not agreed to.

27  ///

28  ///

1    **IT IS FURTHER STIPULATED** that the interests of justice to be served

2  by granting this continuance outweigh the interests of the public and of

3  the defendant in a speedy trial.  Therefore the parties agree that time

4  for trial should be excluded between November 8, 2012 and December 13,

5  2012, pursuant to 18 U.S.C. § 3161(h)(7)(b)(iv), Local Code T-4.

6    **IT IS SO STIPULATED.**

7

8  Dated: November 6, 2012        /s/ *Michelle Prince*
                                 Michelle Prince
9                                Assistant United States Attorney
                                 Counsel for Plaintiff
10

11

   Dated: November 6, 2012        /s/ Jeffrey L. Staniels
12                               Jeffrey L. Staniels
                                 Assistant Federal Defender
13                               Counsel for Defendant
                                 VITALY MULYAR
14

15
                          **O R D E R**
16

17    The above stipulation is hereby accepted.  The court finds that the

18  interests of justice served by granting this continuance outweigh the

19  interests of the public and the defendant in a speedy trial.  The status

20  conference, currently set for November 8, 2012, is hereby vacated and

21  continued to December 13, 2012, at 9:00 a.m, in Courtroom 7.

22    **IT IS SO ORDERED.**

23
    Dated: November 14, 2012
24

25

26                             _____
                               MORRISON C. ENGLAND, JR.
27                             UNITED STATES DISTRICT JUDGE

28

    Stipulation & Order
    Continuing Case                   2