DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
VITALY MULYAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:12-cr-0083 MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING CASE |
| v. | ) | |
| | ) | |
| VITALY MULYAR, | ) | Date: December 7, 2012 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Morrison C. England, Jr. |
| | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michelle Prince, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be vacated from this court's December 7, 2012, calendar, and that it be continued until January 10, 2013, at 9:00 a.m. for status conference and possible change of plea.

Along with various aspects of continued defense preparation, counsel for the parties have continued to discuss possible non-trial disposition. Government Counsel has indicated that she intends to transmit a written plea offer in the near future. The time requested is intended to permit review of the terms of the offer with Mr. Mulyar.

///

**IT IS FURTHER STIPULATED** that the interests of justice to be served by granting this continuance outweigh the interests of the public and of the defendant in a speedy trial. Therefore the parties agree that time for trial should be excluded between December 7, 2012 and January 10, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(b)(iv), Local Code T-4.

**IT IS SO STIPULATED.**

Dated: December 5, 2012         /s/ *Michelle Prince*
                                Michelle Prince
                                Assistant United States Attorney
                                Counsel for Plaintiff

Dated: December 5, 2012         /s/ Jeffrey L. Staniels
                                Jeffrey L. Staniels
                                Assistant Federal Defender
                                Counsel for Defendant
                                VITALY MULYAR

# O R D E R

The above stipulation is hereby accepted. The court finds that the interests of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. This matter is ordered to be dropped from this court's criminal calendar on December 7, 2012, and to be re-calendared for January 10, 2013, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: December 6, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case                 2