```
JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
VITALY MULYAR
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>VITALY MULYAR,<br><br>            Defendant. | No. 2:12-cr-00083-MCE<br><br>STIPULATION AND ORDER CONTINUING CASE<br><br>Date:  January 24, 2013<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michelle Prince, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be vacated from this court's January 24, 2013, calendar, and that it be continued until February 7, 2013, at 9:00 a.m. for status conference. Entry of a change of plea at that time is anticipated.

Government Counsel has provided a written plea offer.  The time requested is intended to permit full review and explanation of the terms of the offer with Mr. Mulyar.

**IT IS FURTHER STIPULATED** that the interests of justice to be served by granting this continuance outweigh the interests of the public and of the defendant in a speedy trial.

///

Therefore the parties agree that time for trial should be excluded between January 24, 2013 and February 7, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(b)(iv), Local Code T-4.

**IT IS SO STIPULATED.**

Dated: January 22, 2013        /s/ *Michelle Prince*
                               Michelle Prince
                               Assistant United States Attorney
                               Counsel for Plaintiff

Dated: January 22, 2013        /s/ Jeffrey L. Staniels
                               Jeffrey L. Staniels
                               Assistant Federal Defender
                               Counsel for Defendant
                               VITALY MULYAR

**O R D E R**

The above stipulation is hereby accepted.  The Court finds that the interests of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.  This matter is ordered to be dropped from this Court's criminal calendar on January 24, 2013, and to be re-calendared for February 7, 2013, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: January 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE