```
JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
VITALY MULYAR
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-cr-083 MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING CASE. |
| VITALY MULYAR, | Date:  March 7, 2013 |
| Defendant. | Time:  9:00 a.m. |
| | Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michele Beckwith, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be vacated from this court's March 7, 2013, calendar, and that it be continued until April 4, 2013, at 9:00 a.m. for status conference.

Government Counsel has provided a written plea offer which has been reviewed with Mr. Mulyar. The additional time requested is intended to permit further consultation with Mr. Mulyar with regard to immigration aspects of a guilty plea.

**IT IS FURTHER STIPULATED** that the interests of justice to be served by granting this continuance outweigh the interests of the public and of the defendant in a speedy trial. Therefore the parties agree that time

for trial should be excluded between March 7, 2013 and April 4, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(b)(iv), Local Code T-4.

**IT IS SO STIPULATED.**

Dated: March 5, 2013          /s/ *Michele Beckwith*
                              Michele Beckwith
                              Assistant United States Attorney
                              Counsel for Plaintiff


Dated: March 5, 2013          /s/ Jeffrey L. Staniels
                              Jeffrey L. Staniels
                              Assistant Federal Defender
                              Counsel for Defendant
                              VITALY MULYAR


### O R D E R

The above stipulation is hereby accepted. The court finds that the interests of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. This matter is ordered to be dropped from this court's criminal calendar on March 7, 2013, and to be re-calendared for April 4, 2013, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: March 8, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE