```
JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
VITALY MULYAR
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:12-cr-083 MCE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING CASE |
| v. | ) | AND EXCLUDING TIME |
| | ) | |
| VITALY MULYAR, | ) | |
| | ) | Date: April 4, 2013 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Morrison C. England, Jr. |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michele Beckwith, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant, that the above case be vacated from this court's April 4, 2013, calendar, and that it be continued until May **9**, 2013, at 9:00 a.m. for status conference. This submission corrects the requested date; Mr. Staniels overlooked a scheduling conflict in the earlier submission.  He is unavailable on May 2, 2013, as he will be out of the district attending his son's graduation ceremonies in Los Angeles.

Government Counsel has provided a written plea offer which has been reviewed with Mr. Mulyar.  The additional time requested is intended to permit further consultation with Mr. Mulyar with regard to immigration

aspects of a guilty plea, and other consequences attached to the current plea offer.

**IT IS FURTHER STIPULATED** that the interests of justice to be served by granting this continuance outweigh the interests of the public and of the defendant in a speedy trial.  Therefore the parties agree that time for trial should be excluded between April 4, 2013 and May 2, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(b)(iv), Local Code T-4.

**IT IS SO STIPULATED.**

Dated: April 4, 2013          /s/ *Michele Beckwith*
                              Michele Beckwith
                              Assistant United States Attorney
                              Counsel for Plaintiff


Dated: April 4, 2013          /s/ Jeffrey L. Staniels
                              Jeffrey L. Staniels
                              Assistant Federal Defender
                              Counsel for Defendant
                              VITALY MULYAR


### O R D E R

The above stipulation is hereby accepted.  The court finds that the interests of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.  This matter is ordered to be dropped from this court's criminal calendar on April 4, 2013, and to be re-calendared for May 9, 2013, at 9:00 a.m.

**IT IS SO ORDERED.**

Date: April 04, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

2