JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
VITALY MULYAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:12-cr-083 MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING CASE |
| v. | ) | AND EXCLUDING TIME |
| | ) | |
| VITALY MULYAR, | ) | |
| | ) | Date:  May 9, 2013 |
| Defendant. | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. Morrison C. England, Jr. |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michele Beckwith, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant, that the above case be vacated from this court's May 9, 2013, calendar, and that it be continued until June 13, 2013, at 9:00 a.m. for status conference.

Government Counsel has provided a written plea offer which has been reviewed with Mr. Mulyar.  The additional time requested is intended to permit further consultation with Mr. Mulyar with regard to questions raised about certain consequences attached to the current plea offer.

**IT IS FURTHER STIPULATED** that the interests of justice to be served by granting this continuance outweigh the interests of the public and of the defendant in a speedy trial.  Therefore the parties agree that time

for trial should be excluded between May 9, 2013 and June 13, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(b)(iv), Local Code T-4.

**IT IS SO STIPULATED.**

Dated: May 7, 2013          /s/ *Michele Beckwith*
                            Michele Beckwith
                            Assistant United States Attorney
                            Counsel for Plaintiff

Dated: May 7, 2013          /s/ Jeffrey L. Staniels
                            Jeffrey L. Staniels
                            Assistant Federal Defender
                            Counsel for Defendant
                            VITALY MULYAR

**O R D E R**

The above stipulation is hereby accepted. The court finds that the interests of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. This matter is ordered to be dropped from this court's criminal calendar on May 9, 2013, and to be re-calendared for June 13, 2013, at 9:00 a.m.

**IT IS SO ORDERED.**

Date: May 08, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Stipulation & Order                     2