1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar #214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   VITALIY MULYAR

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            )  No. 2:12-cr-083 MCE
                                        )
12              Plaintiff,              )
                                        )  STIPULATION AND ORDER CONTINUING CASE
13     v.                               )  AND EXCLUDING TIME
                                        )
14 VITALIY MULYAR,                      )
                                        )  Date:   September 26, 2013
15              Defendant.              )  Time:  9:00 a.m.
                                        )  Judge: Hon. Morrison C. England, Jr.
16 _____        )

17        Plaintiff United States of America, by and through its counsel of record, and defendant, by and through

18 his counsel of record, hereby stipulate as follows:

19 1.     By previous order, this matter was set for a status conference on August 29, 2013 at 9:00 a.m.

20 2.     By this stipulation, the parties move to continue the status conference until September 26, 2013, at 9:00

21        a.m. and to exclude time between August 29, 2013 and September 26, 2013 under Local Code T4.

22 3.     The parties agree and stipulate, and request that the Court find the following:

23        a.   The government has provided defense counsel with the discovery associated with this case, which

24             includes forensic computer evidence. Counsel for the defendant, Assistant Federal Defender Benjamin

25             Galloway, was recently assigned to this case due to the retirement of prior counsel, Assistant Federal

26             Defender Jeffrey Staniels.

27

28                                              1

b.  Based on the recent reassignment, defense counsel needs additional time, taking into account the exercise of due diligence, to review the discovery, the case file, and to consult with the defendant to assess potential trial and sentencing issues, and otherwise effectively prepare for the disposition of this case. Based on the Court's available calendars and the availability of the parties, the parties ask that the Court set this matter for a status conference on September 26, 2013, at 9:00 a.m. and that it find excludable time from August 29, 2013 through and including the September 26, 2013 status conference. Because of the need for additional preparation outlined above, a denial of a continuance to September 26, 2013 would deny the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c.  Based on the above-stated findings, the ends of justice served by continuing the case and excluding time as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

d.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 29, 2013 to September 26, 2013 inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

/ / /

/ / /

/ / /

/ / /

/ / /

2

DATED:   August 22, 2013                    Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Defender

                                            */s/ Benjamin Galloway*
                                            BENJAMIN GALLOWAY
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            VITALIY MULYAR

DATED:   August 22, 2013                    BENJAMIN B. WAGNER
                                            United States Attorney

                                            */s/ Michele Beckwith*
                                            MICHELE BECKWITH
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff


**O R D E R**

    **IT IS SO FOUND AND ORDERED.**  The status conference currently set for August 29, 2013, is hereby vacated and **continued to September 26, 2013, at 9:00 a.m.** in Courtroom 7.  The time period between August 29, 2013 and September 26, 2013 is excluded under Local Code T4.  The Court finds that the ends of justice served by continuing the case and excluding time as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    IT IS SO ORDERED.

 Date: August 26, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT