HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
VITALIY MULYAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> VITALIY MULYAR, <br><br> Defendant. | NO. 2:12-CR-00083 MCE <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE <br><br> DATE: January 9, 2014 <br> TIME: 9:00 AM <br> JUDGE: Hon. Morrison C. England, Jr. |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on November 14, 2013 at 9:00 a.m.

2. By this stipulation, the parties move to continue the status conference until January 9, 2014, at 9:00 a.m. and to exclude time between November 14, 2013 and January 9, 2014 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The government has provided defense counsel with the discovery associated with this case, which includes forensic computer evidence. Counsel for the defendant, Assistant Federal Defender Benjamin Galloway, was recently assigned to this

*U.S. v. Mulyar*
Stipulation and Order

-1-

1      case due to the retirement of prior counsel, Assistant Federal Defender Jeffrey Staniels.

     b.    Based on the recent reassignment, defense counsel needs additional time, taking into account the exercise of due diligence, to review the discovery, the case file, and to consult with the defendant to assess potential trial and sentencing issues, and otherwise effectively prepare for the disposition of this case. Based on the Court's available calendars and the availability of the parties, the parties ask that the Court set this matter for a status conference on January 9, 2014, at 9:00 a.m. and that it find excludable time from November 14, 2013 through and including the January 9, 2014 status conference. Because of the need for additional preparation outlined above, a denial of a continuance to January 9, 2014 would deny the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

     c.    Based on the above-stated findings, the ends of justice served by continuing the case and excluding time as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

     d.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 14, 2013 to January 9, 2014 inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: November 8, 2013                         Respectfully submitted,

                                                HEATHER E. WILLIAMS
                                                Federal Defender

                                                */s/ Benjamin Galloway*
                                                BENJAMIN GALLOWAY
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                VITALIY MULYAR

DATED: November 8, 2013                         BENJAMIN B. WAGNER
                                                United States Attorney

                                                */s/ Michele Beckwith*
                                                MICHELE BECKWITH
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.**

Dated:  November 12, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT