HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
VITALIY MULYAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>VITALIY MULYAR,<br><br>    Defendant. | NO. 2:12-CR-00083 MCE<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE:  February 20, 2014<br>TIME:   9:00 AM<br>JUDGE: Hon. Morrison C. England, Jr. |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on January 9, 2014 at 9:00 a.m.

2. By this stipulation, the parties move to continue the status conference until February 20, 2014, at 9:00 a.m. and to exclude time between January 9, 2014 and February 20, 2014 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government has provided defense counsel with the discovery associated with this case, which includes forensic computer evidence. Counsel for the defendant, Assistant Federal Defender Benjamin Galloway, has been reviewing the evidence and consulting with an immigration expert in order to fashion a proposed

resolution to this case that may avoid the loss of the defendant's permanent resident status. Once the proposed resolution is complete, the government will require time to review and consider the defense proposal.

    b. Based on these ongoing efforts, defense counsel needs additional time, taking into account the exercise of due diligence, to review the discovery, the case file, and to consult with the immigration expert and the defendant to assess potential trial and sentencing issues, and otherwise effectively prepare for the disposition of this case. Based on the Court's available calendars and the availability of the parties, the parties ask that the Court set this matter for a status conference on February 20, 2014, at 9:00 a.m. and that it find excludable time from January 9, 2014 through and including the February 20, 2014 status conference. Because of the need for additional preparation outlined above, a denial of a continuance to February 20, 2014 would deny the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c. Based on the above-stated findings, the ends of justice served by continuing the case and excluding time as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    d. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 9, 2014 to February 20, 2014 inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

*U.S. v. Mulyar*
Stipulation and Order

-2-

1
2   IT IS SO STIPULATED.
3
4   DATED: January 3, 2014                    Respectfully submitted,
5
6                                             HEATHER E. WILLIAMS
                                              Federal Defender
7
    /s/ Benjamin Galloway
    BENJAMIN GALLOWAY
8                                             Assistant Federal Defender
                                              Attorney for Defendant
9                                             VITALIY MULYAR
10
11
12  DATED: January 3, 2014                    BENJAMIN B. WAGNER
                                              United States Attorney
13
                                              /s/ Michele Beckwith
14                                            MICHELE BECKWITH
                                              Assistant U.S. Attorney
15                                            Attorney for Plaintiff
16
17                          **O R D E R**
18  IT IS SO ORDERED.
19
20  Dated:  January 8, 2014
21
22                                            _____
                                              MORRISON C. ENGLAND, JR., CHIEF JUDGE
23                                            UNITED STATES DISTRICT COURT
24
25
26
27
28